[No. 30138-5-II.   Division Two.   November 2, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN EARL HENDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 00-1-00215-6, Kenneth D. Williams and George L. Wood, JJ., entered March 14, 2003. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Armstrong and Hunt, JJ.

[No. 30497-0-II.   Division Two.   November 2, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID MICHAEL PERRONE, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 02-1-02226-0, Roger A. Bennett, J., entered May. 28, 2003. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Quinn-Brintnall, C.J., and Morgan, J.

[No. 30759-6-II.   Division Two.   November 2, 2004.]

PAUL E. BRAIN, ET AL., *Respondents*, v. GLEN BERTINI, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-2-09238-7, Ronald E. Culpepper, J., entered August 18, 2003. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Quinn-Brintnall, C.J., and Houghton, J.